ACCEPTED
14-14-00938cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 5:20:04 PM
CHRISTOPHER PRINE
CLERK

# ANDREWS KURTH

Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
713.220.4200 Phone
713.220.4285 Fax
andrewskurth.com

Frederick D. Junkin
713.220.4766 Phone
713.238.7387 Fax
FJunkin@andrewskurth.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 5:20:04 PM
CHRISTOPHER A. PRINE
Clerk

October 14, 2015

**By Electronic Filing**

Honorable Christopher A. Prine
Clerk of the Court
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> Re:   No. 14-14-00938-CV; *Jose Gerardo Padilla, et al. v. Metropolitan Transit Authority of Harris County, Texas*; On appeal from Cause No. 1,010,704 in the County Civil Court at Law No. 4 of Harris County, Texas

Dear Mr. Prine:

In accordance with the Court's instruction with respect to the oral argument scheduled for Wednesday, October 21, 2015, please be advised that the undersigned counsel will be presenting argument on behalf of Appellee Metropolitan Transit Authority of Harris County, Texas.

Very truly yours,

/s/ Frederick D. Junkin

Frederick D. Junkin
Counsel for Appellee

FDJ:srp

cc:   All parties of record